## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHELLE A. RITACCO,** : | |
|     *Plaintiff* : | |
| : | |
| v. : | C.A. NO.: 1:18-cv-00049-JJM-LDA |
| : | |
| **CYNTHIA CAPOBIANCO, CPA, alias** : | |
| **and MARCOVICH, MANSOUR &** : | |
| **CAPOBIANCO, LLC, alias,** : | |
|     *Defendants* : | |
| : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above-cited matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and do hereby stipulate that any and all claims and/or counterclaims alleged or which could have been alleged in the within action are hereby dismissed with prejudice, no interest, no costs.

| | |
|---|---|
| **Plaintiff,** | **Defendants,** |
| Michelle A. Ritacco | Cynthia Capobianco, CPA, and Marcovich, |
| By her Attorneys, | Mansour & Capobianco, LLC |
| | By their Attorneys, |
| **SINAPI LAW ASSOCIATES, LTD.** | **MACKIE & REILLY** |
| | |
|  /s/ **Richard A. Sinapi**        |  /s/ **Stephen C. Mackie**        |
| Richard A. Sinapi, Esq. (#2977) | Stephen C. Mackie, Esq. (#1202) |
| 2374 Post Road, Suite 201 | 681 Smith Street |
| Warwick, RI 02886 | Providence, RI 02908 |
| Phone: (401) 739-9690 | Phone: (401) 521-4100 |
| Fax: (401) 739-9040 | Fax: (401) 274-5433 |
| ras@sinapilaw.com | law681@aol.com |

Date: September 19, 2018

## **CERTIFICATION**

Stephen C Mackie, Esq.
Mackie & Reilly
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100
Fax: (401) 274-5433
Law681@aol.com

      I hereby certify that on **September 19, 2018**, a true copy of the within was filed electronically via the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.  Service on the counsel of record listed above has been effectuated by electronic means.

                                       **/s/ Richard A. Sinapi**